JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABITBOL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OSCAR HEALTH, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-05431-MEMF(SKx)<br><br>**ORDER DISMISSING CASE [ECF NO. 24]** |

On April 12, 2022, the parties filed a Stipulation of Dismissal, stipulating to the dismissal of this action with prejudice as to Plaintiff David Abitbol's individual claims and without prejudice as to any other member of the putative class's right to bring claims. ECF No. 24. The parties further indicate that each party is to bear its own attorneys' fees and costs.

The Court, having considered the parties' request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The case is hereby dismissed with prejudice as to Plaintiff David Abitbol's individual claims;

1

2. The case is dismissed without prejudice as to any other member of the putative class's right to bring claims;

3. The parties shall bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 21, 2022

                                  MAAME EWUSI-MENSAH FRIMPONG
                                        United States District Judge